IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES W. TAYLOR; and
WANDA JOY TAYLOR                                         PLAINTIFFS

v.                     No. 4:16-cv-374-DPM

CITIFINANCIAL MORTGAGE
COMPANY, INC                                             DEFENDANT

## ORDER

The Court has a jurisdictional doubt. *Krein v. Norris*, 250 F.3d 1184, 1187 (8th Cir. 2001). The Taylors say they seek only "up to $75,000" in total damages; but Citifinancial insists that more than $75,000 is in controversy. *Compare* № 2 at 9 *with* № 1 at 2–3; 28 U.S.C. § 1332(a). If the Taylors stipulate that they will neither seek nor accept a total recovery exceeding $75,000 (including attorney's fees, but excluding interest and costs) on all claims, then the Court will remand. Any stipulation due by 29 June 2016. No remand motion will be needed if the jurisdictional doubt is resolved by the stipulation before the end of the month.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

21 June 2016