IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES W. TAYLOR and
WANDA JOY TAYLOR                                              PLAINTIFFS

v.                         No. 4:16-cv-374-DPM

CITIFINANCIAL MORTGAGE
COMPANY, INC.                                                 DEFENDANT

JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 November 2016